IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALIBU MEDIA, LLC,

    Plaintiff,

  v.

JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 108.196.100.195,

    Defendant.

No. C 16-01595 WHA

**JUDGMENT**

For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant John Doe Subscriber Assigned IP Address 108.196.100.195 and against plaintiff Malibu Media, LLC. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: September 23, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE